Case No.   CV-11-4790-R                                                    Date: JUNE 8, 2011

Title:     AURORA LOAN SERVICES LLC -V- MICHAEL O. LUNDY et al
=========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

|  William Horrell  |  None Present  |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None                                 None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO STATE COURT

**A district court must remand a case to state court "if at any time before final judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C. 1447(c). Because this is an unlawful detainer action, a federal question does not present itself. See Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL 234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action to state court for lack of subject matter jurisdiction where plaintiff's complaint contained only an unlawful detainer claim). As such, this case is now REMANDED TO STATE COURT.**

**IT IS SO ORDERED.**

cc: counsel of record